## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL YOUNG**                                                              **PLAINTIFF**

**v.**                      **3:11CV00161-BRW**

**WEST MEMPHIS POLICE DEPARTMENT,** *et al*.                    **DEFENDANTS**

### ORDER

Pending is Defendants' unopposed Motion For Extension of Time To Answer Complaint (Doc. No. 3). Defendants ask for an extension of time up to including November 18, 2011, in which to answer Plaintiff's Complaint. The Motion is GRANTED. Defendants must file an answer or other responsive pleading by 5:00 p.m., Friday, November 18, 2011.

IT IS SO ORDERED this 31st day of October, 2011.

                                                                    /s/Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE