IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL YOUNG**                                                                                          **PLAINTIFF**

**VS.**                                            **3:11-CV-00161-BRW**

**CITY OF WEST MEMPHIS,** *et al.*                                                        **DEFENDANTS**

## ORDER

Pending is Defendants' Unopposed Motion to Dismiss with Prejudice (Doc. No. 40). According to the Motion, the parties have entered into a settlement agreement and want to dismiss this case with prejudice. The Motion is GRANTED, the case is DISMISSED with prejudice, and the Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED this 30th day of October, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE